**68**

Giraldo **FIGLIOLO**,
Claimant/Respondent,

v.

**INDUSTRIAL ENGINEERING AND
EQUIPMENT, Employer/Appellant.**

No. 68368.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 19, 1995.

Evans & Dixon, Robert N. Hendershot, St. Louis, for Appellant.

Robert H. Sihnhold, St. Louis, for Respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

Appellant appeals a Labor and Industrial Relations Commission decision. We have read the briefs, reviewed the file and the Commission's award and find that it is based upon substantial and competent evidence.

We find no error of law and no jurisprudential purpose would be served by an extended written opinion. Judgment is affirmed in accordance with Rule 84.16(b).

Dwayne J. **WINGO**, Movant/Appellant,

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 67184.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 19, 1995.

Dave Hemingway, Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Assistant Attorney General, Jefferson City, for respondent.

*ORDER*

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion. We affirm. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).